```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  DIONICIO SALAZAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-CR-00507-KJN |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE |
|  | ) THE TRIAL CONFIRMATION HEARING |
|  | ) AND RESET THE JURY TRIAL FOR A |
| DIONICIO SALAZAR, | ) CHANGE OF PLEA |
| Defendant. | ) |
| _____ | ) Date: February 22, 2012 |
|  | )        March 12, 2012 |
|  |   Time: 9:00 a.m. |
|  |   Judge: Kendall J. Newman |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for DIONICIO SALAZAR, hereby stipulate to vacate the trial confirmation hearing set for February 22, 2012 at 9:00am and to reset the jury trial scheduled for March 12, 2012 at 9:00am for a change of plea.  Time is to be excluded under local rule T4 as the ends of

justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for March 14, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Dated: February 14, 2012        Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ Linda C. Harter
                                LINDA C. HARTER
                                Assistant Federal Defender
                                Attorney for DIONICIO SALAZAR


Dated: February 14, 2012        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Justin Lee
                                JUSTIN LEE
                                Special Assistant U.S. Attorney

**ORDER**

**THE TRIAL CONFIRMATION DATE OF FEBRUARY 22, 2012, IS VACATED, AND THE JURY TRIAL DATE OF MARCH 12, 2012, IS RESET FOR A CHANGE OF PLEA ON MARCH 14, 2012, AT 9:00AM., and time is excluded pursuant to local code T4. IT IS SO ORDERED.**

DATED: February 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE