```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE D. KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
DIONICIO SALAZAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00507-KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | THE CHANGE OF PLEA HEARING |
| ) | |
| DIONICIO SALAZAR, ) | |
| ) | Date: April 25, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Kendall J. Newman |
| _____ ) | |

    The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for DIONICIO SALAZAR, and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to continue the change of plea hearing set for March 14, 2012 at 9:00am.  Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Further, the parties are providing a proposed plea agreement and ask the court to

1  exclude time under 18 U.S.C. § 3161(h)(1)(g) (Local Rule 7).

2  Mr. Salazar's four year old son is scheduled to undergo surgery on
3  March 12, 2012 and Mr. Salazar will miss work that day to care for him.
4  Because Mr. Salazar just recently started his current job, he requests
5  that his hearing be continued so that he does not risk termination for
6  missing two days of work in one week.

7  Accordingly, the parties jointly request that the change of plea
8  hearing be continued to April 25, 2012 at 9:00am before Magistrate
9  Judge Kendall J. Newman.

11  Dated: March 9, 2012                Respectfully submitted,

13                                      DANIEL BRODERICK
                                        Federal Defender

15                                      /s/ Linda C. Harter
                                        LINDA C. HARTER
16                                      Assistant Federal Defender
                                        Attorney for DIONICIO SALAZAR

18  Dated: March 9, 2012                BENJAMIN B. WAGNER
                                        United States Attorney

20                                      /s/ Justin Lee
                                        JUSTIN LEE
21                                      Special Assistant U.S. Attorney

23  **IT IS SO ORDERED.**

26  DATED:  March 12, 2012

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

-2-